959-15

# ELECTRONIC RECORD

COA # 12-13-00374-CR       OFFENSE: 22.021

STYLE: Johnny Paul Sutherlin v. The State of Texas       COUNTY: Anderson

COA DISPOSITION: AFFIRMED       TRIAL COURT: 3rd District Court

DATE: 6/24/2015       Publish: NO       TC CASE #: 31228

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Johnny Paul Sutherlin v. The State of Texas       CCA #: 959-15

_____PRO SE_____ Petition       CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE: _____

_____REFUSED_____       JUDGE: _____

DATE: 11/18/2015       SIGNED: _____       PC: _____

JUDGE: Per Curiam       PUBLISH: _____       DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**